**Exhibit A to the Complaint**

**Location:** Bridgeport, CT  
**Total Works Infringed:** 39

**IP Address:** 68.195.220.210  
**ISP:** Optimum Online

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | C9F5FFAFF3300D5747CED9D189A7E77D46F4A0A6 | Blacked | 09/27/2017 20:19:18 | 09/27/2017 | 10/10/2017 | PA0002057451 |
| 2 | 10021B76CEB8F0F3195C21F344D33CCCFC8556A6 | Vixen | 06/06/2017 19:18:30 | 06/03/2017 | 07/06/2017 | 15584691685 |
| 3 | 17C2B0609BE9B92AE0D1C44F1D6212EA6D1BB636 | Vixen | 08/14/2017 13:34:15 | 08/12/2017 | 08/17/2017 | 15732986308 |
| 4 | 337A87F18ACD71687C3733C359197601B44E39FF | Vixen | 05/30/2017 14:39:34 | 05/29/2017 | 06/22/2017 | PA0002039292 |
| 5 | 3637879FCB7A309DC4BA4B9F7C2D9FB1905E7544 | Tushy | 09/28/2017 21:15:53 | 09/28/2017 | 10/10/2017 | 15894022733 |
| 6 | 40F3BC446DAC4771B342E80EC808DD051A43142C | Tushy | 08/22/2017 19:25:51 | 07/05/2017 | 07/06/2017 | PA0002041555 |
| 7 | 455AA3E3457F108A25179EA6FC222C5085AC8DC8 | Tushy | 09/25/2017 19:25:07 | 09/23/2017 | 10/02/2017 | 15893930182 |
| 8 | 48F0D5FBC0D37A6E170636BCB41E5C01D08284A4 | Vixen | 08/17/2017 18:12:51 | 08/17/2017 | 08/24/2017 | 15894022586 |
| 9 | 4B3C7DF81586807F6E0CD282A0187A3DECEAB3EA | Vixen | 07/05/2017 19:31:24 | 07/03/2017 | 07/06/2017 | 15584691415 |
| 10 | 4E3F659D2097DE535B72D13288BF3609CED02E70 | Blacked | 08/07/2017 15:06:32 | 08/03/2017 | 08/17/2017 | 15732904092 |
| 11 | 503609CB112D245C672078EBE671DE7B59146FCC | Blacked | 08/14/2017 14:26:31 | 08/13/2017 | 08/17/2017 | 15732986356 |
| 12 | 660919E53D76DAF03DAAB449090E97CD2927C9E7 | Blacked | 10/31/2017 15:27:25 | 09/02/2017 | 09/07/2017 | PA0002052847 |
| 13 | 68DB05F34A223AEF184B0FBBE87D10D10A16FEB3 | Vixen | 06/29/2017 19:07:14 | 06/28/2017 | 07/06/2017 | 15584691463 |
| 14 | 6B31CCFF0D6363BF24B48A251FA6744B5F9EE28D | Vixen | 09/05/2017 16:01:48 | 09/01/2017 | 09/07/2017 | PA0002052845 |
| 15 | 771C669842BE814DA19F886EDF5E759B0EC4BF37 | Blacked | 07/05/2017 15:44:05 | 07/04/2017 | 07/06/2017 | 15584063685 |
| 16 | 797997D72287D749C6987B483F28C4B5C1C3F341 | Vixen | 09/18/2017 15:54:45 | 09/16/2017 | 09/25/2017 | 15894022913 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | 8B485D3BC757FA33771C1D20346E7B9176C929B7 | Tushy | 10/09/2017 14:46:19 | 10/08/2017 | 10/22/2017 | PA0002058298 |
| 18 | 8F55C47AC0C8FED6F30E2C094965B3CF4749FA41 | Vixen | 08/28/2017 17:49:30 | 08/27/2017 | 09/07/2017 | PA0002052843 |
| 19 | A342244F2E0287F7EB6E897441849848F8A7D7A5 | Vixen | 06/19/2017 19:36:10 | 06/18/2017 | 07/06/2017 | 15584691891 |
| 20 | A577CA471B6B0200E68B0016523C5EF8A0C7C2E5 | Vixen | 10/27/2017 16:04:39 | 10/26/2017 | 11/15/2017 | 16013255040 |
| 21 | A890E0D79F6C5499009A42180B4D452FB4B71CE7 | Blacked Ra | 11/09/2017 15:27:17 | 11/08/2017 | 11/21/2017 | 16013185382 |
| 22 | B378CAEB9DFA80E256C29E523B89DDF82169A9A8 | Vixen | 07/10/2017 16:42:03 | 07/08/2017 | 08/17/2017 | 15732903239 |
| 23 | B707512E8E5AFBF298A9B9F8654E2BB535D1CCE7 | Vixen | 09/12/2017 07:41:22 | 09/11/2017 | 09/20/2017 | PA0002052839 |
| 24 | BC570785D1C924C2FE8D1B5812B987DEC89FFA31 | Vixen | 07/24/2017 17:40:05 | 07/23/2017 | 08/10/2017 | PA0002046877 |
| 25 | BFB85B9F703F5888BAEBD8555E3FBE3B9C82BCC0 | Blacked | 05/30/2017 22:52:41 | 05/30/2017 | 06/22/2017 | PA0002039295 |
| 26 | BFD12368B88A628395499BF8A64D35ECFF9BA00B | Vixen | 09/27/2017 20:16:48 | 09/26/2017 | 10/10/2017 | 15894022782 |
| 27 | C73F3A572E54ECE92AB09C5E7AC03DCC7EE0A080 | Tushy | 08/21/2017 21:32:39 | 08/19/2017 | 08/24/2017 | 15894022311 |
| 28 | CD565BEF49D3A5122BEF59A4425BDEBE8C5E9B05 | Vixen | 07/18/2017 20:52:00 | 07/18/2017 | 08/10/2017 | PA0002046875 |
| 29 | CE2C0C8E5877CFB29830A7F3080D6FCE8A680789 | Tushy | 09/15/2017 17:37:24 | 09/13/2017 | 09/25/2017 | 15894022635 |
| 30 | CE3D211E16559B8356A1306181381D8A1E7F98F3 | Blacked | 11/13/2017 15:50:27 | 11/11/2017 | 11/21/2017 | 16016503414 |
| 31 | CF7373B976BF078DBB9CE0871213D8469D84358D | Tushy | 10/04/2017 17:55:06 | 10/03/2017 | 10/10/2017 | 15894022537 |
| 32 | D9A9D5AE776DD9937796A8AE0509496FAF90C5B2 | Tushy | 09/20/2017 15:02:04 | 04/11/2017 | 06/15/2017 | PA0002037579 |
| 33 | DBADE16289C54D6F12C44BA11BEC6715853F1B0E | Vixen | 10/12/2017 13:50:58 | 10/11/2017 | 10/22/2017 | 15918925932 |
| 34 | E077B1FF542F9813257F25F80DF621F1EC832879 | Vixen | 09/07/2017 15:01:44 | 09/06/2017 | 09/14/2017 | PA0002052844 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 35 | EE7B431D4EF0439F713DA25D5DE5094C4F92B6C9 | Vixen | 10/23/2017 19:55:09 | 10/21/2017 | 11/15/2017 | 16016503512 |
| 36 | F011B5C1E76C5CD712DADA5DF9CE66184EAA72B2 | Blacked | 10/18/2017 14:32:28 | 10/17/2017 | 11/15/2017 | 16013343097 |
| 37 | F058A6FF1E23261D8DEF41E92B8897C1E62EF4E2 | Blacked | 10/23/2017 13:53:38 | 10/22/2017 | 11/15/2017 | PA0002063627 |
| 38 | F0DE956F5B7A5027DBDD0AF05FA01480D0E03590 | Tushy | 10/23/2017 19:44:45 | 10/23/2017 | 11/15/2017 | 16013254380 |
| 39 | F7A1C47732223661EE6488DD9ED980E6705D7179 | Tushy | 06/01/2017 13:34:01 | 05/31/2017 | 06/22/2017 | PA0002039299 |